IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**SRINIVAS DORNALA**                                                                           **PLAINTIFF**

vs.                                             No. 4:22-cv-674

**BUSITANTS, INC.**                                                                              **DEFENDANT**

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Srinivas Dornala, by and through his undersigned counsel and for his Notice of Voluntary Dismissal without Prejudice, hereby state as follows:

1. Pursuant to Fed. R. Civ. Pro. 41(a)(1)A)(i), Plaintiff hereby voluntarily dismisses his claims against Defendant without prejudice.

2. No action based on or including the same claims has been previously dismissed by Plaintiff, and the opposing parties have neither served an answer nor a motion for summary judgment.

Plaintiff prays that this Court dismiss his claims against Defendant without prejudice and for all other good and proper relief to which they may be entitled, whether or not specifically requested herein.

Dated this 16th day of September 2022.

Respectfully submitted,

**PLAINTIFF SRINIVAS DORNALA**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Courtney Harness*
Courtney Harness
Mo. Bar No. 56923
harness@sanfordlawfirm.com

## CERTIFICATE OF SERVICE

    I, Courtney Harness, do hereby certify that on date imprinted by the CM/ECF system, a true and correct copy of the MOTION was filed via the CM/ECF system and that the attorney listed below was notified:

Leo Noronha
Busitants Inc.
10 Dorrance St Suite 700
Providence Rhode Island 02903
Telephone: (401) 357-0993
andy@busitants.com

                                                       */s/ Courtney Harness*
                                                       **Courtney Harness**